```
                FILED          RECEIVED
                ENTERED        SERVED ON
                        COUNSEL/PARTIES OF RECORD

                    MAR 3 1 2009

                CLERK US DISTRICT COURT
                   DISTRICT OF NEVADA
            BY:                        DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ARIEL MARISCAL, a minor, by and through his mother and guardian, IRMA MARISCAL, | 3:08-cv-00162-BES-RAM |
| Plaintiff, | **MINUTE ORDER** |
| v. | March 31, 2009 |
| RYAN SIMPSON, in his individual and official capacity, and the CITY OF SPARKS, | |
| Defendants. | |

PRESENT:

THE HONORABLE __BRIAN SANDOVAL__, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: __NONE APPEARING__   REPORTER: __NONE APPEARING__

COUNSEL FOR PLAINTIFF(S): __NONE APPEARING__

COUNSEL FOR DEFENDANT(S): __NONE APPEARING__

**MINUTE ORDER IN CHAMBERS:**

    Currently before the Court is a Motion for Entry of Final Judgment (Fed.R.Civ. P. 54(b)) (#43) filed by defendant City of Sparks ("City") on March 31, 2009. On November 5, 2008, the court issued an order (#26) granting the City's Motion to Dismiss (#9).

    The City requests that final judgment be entered as to the court's order (#26). Specifically, the City requests that the court make an express determination that there is no just reason for delay pursuant to Fed.R.Civ.P. 54(b).

    Federal Rule of Civil Procedure 54(b) governs entry of final judgment when multiple parties are involved. It provides that if the court expressly determines that there is no just

1 | reason for delay, the court may direct entry of a final judgment as to one or more claims or
2 | parties.

3 |     In accordance with Fed. R. Civ. P. 54(b), and having considered the memorandum of
4 | points and authorities, the court essentially finds no just reason for delay of judgment.

5 |     IT IS HEREBY ORDERED that the defendant City's Motion for Entry of Final Judgment
6 | (Fed.R.Civ.P. 54(b)) (#43) is GRANTED.  Judgment is hereby entered in favor of defendant
7 | City of Sparks and against plaintiff Ariel Mariscal, a minor by and through his mother and
8 | guardian, Irma Mariscal.  The clerk of the court shall enter judgment accordingly.
9 |     Dated this __31st__ day of March, 2009.

                                                [signature]

                                        United States District Judge