AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF   NEVADA

ARIEL MARISCAL, a minor, by and through
his mother and guardian, IRMA MARISCAL,

      Plaintiff,      JUDGMENT IN A CIVIL CASE
V.

CASE NUMBER: **3:08-CV-00162-BES-RAM**

RYAN SIMPSON, in his individual and
official capacity, and the CITY OF SPARKS,

      Defendants.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the defendant City's Motion for Entry of Final Judgment (#43) is GRANTED. Judgment is hereby entered in favor of defendant City of Sparks and against plaintiff Ariel Mariscal, a minor by and through his mother and guardian, Irma Mariscal.

  April 2, 2009                                    **LANCE S. WILSON**
                                                   Clerk

                                                   /s/ D. R. Morgan
                                                   Deputy Clerk