AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*          DISTRICT OF   NEVADA

ARIEL MARICAL, a minor,
by and through his mother
and guardian, IRMA MARISCAL,

      Plaintiff,      JUDGMENT IN A CIVIL CASE
V.

           CASE NUMBER: **3:08-CV-00162-RCJ-RAM**

RYAN SIMPSON,

      Defendant.

____ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

____ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Plaintiff's Motion for Summary Judgment (#35) is DENIED.
    **IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment (#36) is GRANTED.

   March 30, 2010                                    **LANCE S. WILSON**
                                                                    Clerk

                                                                   /s/ D. R. Morgan
                                                                   Deputy Clerk